# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIAGRO WESTERN SALES, INC. | CASE NO. CV-F-09-0044 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| NUTRI-GROW CORP., et al, | |
| Defendants. | |

On March 17, 2009, plaintiff and defendant filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   March 18, 2009**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1